UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, <br><br> v. <br><br> ZAOSONG ZHENG, <br><br> Defendant. | Docket No. 20-10015-DJC |

### MOTION TO RECONSIDER ORDER OF DETENTION

The Defendant moves for the Court to reconsider its Order of Detention, for the reasons stated in a memorandum that was filed with the Court today.

Respectfully submitted,

By his attorney,

/s/ David Duncan
Norman S. Zalkind (BBO #538880)
David Duncan (BBO #546121)
Inga S. Bernstein (BBO #627251)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
dduncan@zalkindlaw.com

Dated: January 31, 2020

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand delivery and by electronic filing on this date.

/s/ David Duncan