UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZAOSONG ZHENG<br><br>Defendant | CRIMINAL No. 20-cr-10015-DJC |

MOTION TO SET BRIEFING SCHEDULE

The captioned matter is set before the Honorable David H. Hennessy, United States Magistrate Judge, District of Massachusetts, Worcester Division, at 11:00 a.m. on Friday January 31, 2020.

Shortly after 9:00 a.m., in an un-noticed filing, counsel for defendant Zheng filed a motion for reconsideration of release. This Court heard argument on the issue of release on December 16, December 18, December 20 and December 30, 2019.

If the Court is inclined to hear defendant Zheng's motion and revisit the issue of release again, the government would ask that the matter be set at a time that affords the government sufficient time to review and respond to defendant's filings.

Therefore the government respectfully requests that defendant Zheng's motion, filed less than two hours before the 11:00 a.m. arraignment, not be addressed at the arraignment. Rather, the government requests that the Court set a hearing on the motion at a date and time that would afford government counsel adequate time to prepare and respond.

As of the time of this filing, the government has requested available dates from the Court's Deputy and will confer with the Court's Deputy and counsel for defendant Zheng to set a date and time that is agreeable to the parties and the Court.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   */s/ Ben Tolkoff*
       BENJAMIN TOLKOFF
       Assistant United States Attorney
       617/748-3183

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

> */s/ Ben Tolkoff*
> BENJAMIN TOLKOFF
> Assistant United States Attorney

Date: January 31, 2020