UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| v. | ) | Docket No. 20-10015-DJC |
| ZAOSONG ZHENG, | ) | |
| Defendant. | ) | |

## MOTION TO SEAL EXHIBITS

The Defendant moves to be allowed to file under seal exhibits 1-6 to his Motion to Modify Protective Order, which he will be filing today. The exhibits consist of the discovery the government has provided to date, except for recordings of jail calls. The protective order requires that the exhibits be filed under seal.

Respectfully submitted,
By his attorneys,

/s/ David Duncan
Norman S. Zalkind (BBO #538880)
David Duncan (BBO #546121)
Inga S. Bernstein (BBO #627251)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
dduncan@zalkindlaw.com

Dated: March 25, 2020

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2) the undersigned certifies that counsel have conferred with the attorney for the government and the government is in accord with this motion.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on this date.

/s/ David Duncan