AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>Zaosong Zheng<br>*Defendant* | )<br>)<br>)  Case No.  20-cr-10015-DJC<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:   05/28/2020

/s/ Jason A. Casey
*Attorney's signature*

Jason A. Casey
*Printed name and bar number*

United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, MA  02210
*Address*

jason.casey2@usdoj.gov
*E-mail address*

(617) 748-3264
*Telephone number*

*FAX number*